George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Jessica N. Melgar (California Bar No. 311575)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile: 650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com
jmelgar@kraw.com

Attorneys for:
Producer-Writers Guild of America Pension Plan;
Board of Directors, Producer-Writers Guild of America Pension Plan;

Writers' Guild-Industry Health Fund; and
Board of Trustees, Writers' Guild-Industry Health Fund

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TNC PRODUCTIONS PTE. LTD./SAFE ZONE PRODUCTIONS PTE. LTD., A Singapore Corporation, et al.,<br><br>Defendants. | Case No.: 2:19-cv-04849-PSG-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT MARKUS BARMETTLER PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Producer-Writers Guild of America Pension Plan and Board of Directors, Producer-Writers Guild of America Pension Plan, Writers Guild-Industry Health Fund and Board of Trustees, Writers' Guild-Industry Health Fund and their counsel of record hereby give notice that this action is voluntarily dismissed, without prejudice, **solely against Defendant Markus Barmettler.** Mr. Barmettler has not filed a responsive pleading in this action.

This notice of voluntarily dismissal applies **solely** to Defendant Markus Barmettler. The Plaintiffs **are not** voluntarily dismissing any other Defendant from this action. *See Pedrina v. Chun*, 987 F.2d 608 (1993) (allowing Plaintiff to dismiss without Court order fewer than all named defendants under Rule 41(a)(1)).

December 26, 2019

Respectfully submitted,

/s/ Katherine A. McDonough
Katherine McDonough