George M. Kraw (California Bar No. 71551)
Katherine McDonough (California Bar No. 241426)
Jessica N. Melgar (California Bar No. 311575)
Kraw Law Group, APC
605 Ellis Street, Suite 200
Mountain View, California 94043
Telephone: 650-314-7800
Facsimile: 650-314-7899
gkraw@kraw.com
kmcdonough@kraw.com
jmelgar@kraw.com

Attorneys for:
Producer-Writers Guild of America Pension Plan;
Board of Directors, Producer-Writers Guild of America Pension Plan;

Writers' Guild-Industry Health Fund; and
Board of Trustees, Writers' Guild-Industry Health Fund

E-FILED
FEB 25 2020
Document# ______
TERM#26

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PRODUCER-WRITERS GUILD OF AMERICA PENSION PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TNC PRODUCTIONS PTE. LTD./SAFE ZONE PRODUCTIONS PTE. LTD., A Singapore Corporation, et al.,<br><br>Defendants. | Case No.: 2:19-cv-04849-PSG-RAO<br><br>**~~[PROPOSED]~~ JUDGMENT** |

Now, upon motion of the Plaintiffs and upon declaration that TNC Productions Pte. Ltd./Safe Zone Productions Pte. Ltd. ("TNC/Safe Zone") and Facing East Entertainment, LLC (collectively, "Defendants") have failed and

refused to pay the delinquent contributions for which they are liable under Employee Retirement Income Security Act of 1974, as amended, and the Multiemployer Pension Plan Amendments Act of 1980; Defendants have failed to plead or otherwise defend in this action, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendants are liable for the following sums:

1. <u>Delinquent Contributions:</u>
   a. $38,250.00 to the Producers-Writers Guild of America Pension Plan ("Pension Plan").
   b. $46,250.00 to the Writers Guild Industry Health Fund ("Health Fund")
2. <u>Interest:</u>
   a. $13,706.26 to the Pension Plan
   b. $16, 510.42 to the Health Fund
3. <u>Liquidated Damages:</u>
   a. $7,650.00 to the Pension Plan
   b. $9,250.00 to the Health Fund

Judgment is hereby entered against Defendants in the sum of $131,616.68.

4. Interest shall continue to accrue under the Pension Plan and Health Fund's Interest Policy at a rate of ten percent (10%) per annum on unpaid Judgment amounts until the Judgment is paid in full.

This Court shall retain jurisdiction over this action to enforce this Judgment. The Plaintiffs shall file their motion for attorney's fees and costs within thirty (30) days of the entry of judgment.

IT IS SO ORDERED.

Dated: 2/24/2020

Phillip S. Gutierrez
United States District Judge