# UNITED STATES DISTRICT COURT

Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

Producers-Writers Guild of America Pension Plan, et al,

V.

TNC Productions Pte. Ltd./Safe Zone Productions Pte. Ltd., et al.

Case Number: 2:19-cv-04849-PSG-RAO

Judgment was entered in this action on 2/25/2020 (Date) / 31 (Docket No.) against Defendants, TNC Productions Pte. Ltd./Safe Zone Productions Pte. Ltd, and Facing East Entertainment, LLC.

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---|
| Clerk's Fees (L.R. 54-3.1): (See Exhibit 1) | $400.00 |
| Fees for Service of Process (L.R. 54-3.2): (See Exhibits 2 and 3) | $3,858.74 |
| United States Marshal's Fees (L.R. 54-3.3): | $0.00 |
| Transcripts of Court Proceedings (L.R. 54-3.4): | $0.00 |
| Depositions (L.R. 54-3.5): | $0.00 |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | $0.00 |
| Interpreter's Fees (L.R. 54-3.7): | $0.00 |
| Docket Fees (L.R. 54-3.8): | $0.00 |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | $0.00 |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | $0.00 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | $0.00 |
| Other Costs - attach court order (L.R. 54-3.12): | $0.00 |
| State Court Costs (L.R. 54-3.13): | $0.00 |
| Costs on Appeal (L.R. 54-4): | $0.00 |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | $0.00 |
| **TOTAL** | $4,258.74 |

**NOTE: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this application has been served on all parties by:

- ☐ The Court's CM/ECF System
- ☐ Conventional service by first class mail
- ☑ Other USPS First Class Mail

/s/ Katherine McDonough — Signature

Katherine McDonough — Print Name

Attorney for: Plaintiffs, Producer-Writers Guild of America Pension Plan, and Board of Directors of the Producer-Writers Guild of America Pension Plan

Costs are taxed in the amount of $4,258.74

Kiry K. Gray — Clerk of Court

By: [signature] — Deputy Clerk

June 11, 2020 — Date

**WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees)**

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |